# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)                                               and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE STREET RESTAURANT GROUP, INC. <br> 114 South State Street <br> Clarks Summit, PA  18411 <br><br> vs. <br><br> THE CINCINNATI CASUALTY COMPANY <br> (incorrectly designated THE CINCINNATI <br> INSURANCE COMPANIES) <br> 6200 South Gilmore Road <br> Fairfield, OH  45014-5141 <br><br> and <br><br> ASSUREDPARTNERS OF NEW JERSEY, LLC, <br> d/b/a KINCEL & CO. (incorrectly designated <br> KINCEL & COMPANY, INC.) <br> 200 Colonial Center Parkway, <br> Lake Mary, FL 32746. | No. <br><br> JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE SAID DISTRICT COURT OF THE UNITED STATES:

Petitioner, The Cincinnati Casualty Company ("CCC"), incorrectly designated as *The Cincinnati Insurance Companies,* respectfully represents:

1.  On or about April 24, 2020, State Street Restaurant Group, Inc. ("State Street") filed a Civil Action in the Court of Common Pleas of Lackawanna County, Pennsylvania, styled, *State Street Restaurant Group v. The Cincinnati Insurance Companies and Kincel & Company, Inc.,* No. 20-CU-2020 ("Complaint").  A copy of the Complaint including all exhibits is attached

as Exhibit 1.  Exhibit A thereto, is a certain policy of insurance issued by CCC (not The *Cincinnati Insurance Companies)* to State Street.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because this Court's district encompasses the Court of Common Pleas of Lackawanna County, Pennsylvania.

3. CCC received a courtesy copy of the Complaint on April 30, 2020. To its knowledge the Complaint has not yet been served. CCC files this Notice of Removal within thirty (30) days from the date it first received a copy of the Complaint although service has not yet been made.  This Notice of Removal is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

4. Plaintiff State Street is citizen of the Commonwealth of Pennsylvania in that it is a limited liability corporation organized and existing under the laws of the Commonwealth of Pennsylvania and it maintains its principal place of business at 114 South State Street, Clarks Summit, PA 18411.  Exhibit 1, Complaint at ¶1.

5. Defendant, CCC, is a corporation organized and existing under the laws of the State of Ohio and it maintains its principal place of business in Fairfield, Ohio. CCC is, therefore, a citizen of State of Ohio pursuant to 28 U.S.C. § 1332(c)(1).

6. On information and belief, Defendant Kincel & Company, Inc is a fictitious name registered in the Commonwealth of Pennsylvania by AssuredPartners of New Jersey, LLC. ("AssuredPartners").  (Exhibit 2). AssuredPartners is a New Jersey limited liability company. (Exhibit 3). See also entry of appearance being filed in the Lackawanna County Action on behalf of AssuredPartners  of New Jersey, LLC d/b/a Kincel & Co. (Exhibit 4). Pursuant to 28 U.S.C. §1441(b) the "citizenship of defendants sued under fictitious names shall be disregarded."

7. AssuredPartners maintains its principal place of business at 200 Colonial Center Parkway, Lake Mary, FL 32746. (Exhibit 5). AssuredPartners is, therefore, a citizen of a state other than the Commonwealth of Pennsylvania pursuant to 28 U.S.C. § 1332(c)(1).

8. In the Complaint, State Street seeks, inter alia, a declaratory judgment that a certain policy of insurance issued by CCC through AssuredPartners, an insurance agency, affords coverage for certain business losses sustained by State Street arising out of closure orders issued by the Commonwealth of Pennsylvania in connection with the Corona Virus Pandemic. It further alleges breach of contract by CCC and AssuredPartners and Bad Faith, pursuant to 42 Pa.C.S.A §8371 against CCC. Although the Complaint does not plead the precise amount of damages sought, stating only that plaintiff has incurred "substantial lost revenues" (Exhibit 1, Complaint ¶ 22) commencing March 17, 2020, the insured's representative reported to CCC on March 19, 2020 that its losses were $5,000 - $6,000 per day. (Exhibit 6). Thus, on information and belief, CCC believes and therefore avers that the damages sought are in excess of the jurisdictional amount of $75,000, exclusive of interest and costs.

9. The above-entitled action is a civil action over which this Court has subject matter jurisdiction under the provisions of 28 U.S.C. § 1332, as it involves citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs. Consequently, removal of this action is appropriate under 28 U.S.C. § 1441(a).

10. Written notice of this Notice of Removal will be served on State Street and AssuredPartners promptly after the filing of this Notice of Removal, as is required by law.

11. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of Common Pleas of Lackawanna County, Pennsylvania, promptly after the filing of this Notice, pursuant to 28 U.S.C. § 1446(d).

12. Copies of the docket, all process, pleadings and orders served upon CCC (in addition to the Complaint) have been collectively attached to this Notice of Removal. (Exhibit 6)

13. AssuredPartners consents to this removal and joins in this Notice of Removal. (Exhibit 7).

WHEREFORE, Petitioner prays the instant action designated in the Lackawanna County Court of Common Pleas, at 20-CU-2000, be removed from the Court of Common Pleas, Lackawanna County, Pennsylvania to this Court for trial and determination.

Respectfully submitted,

**LITCHFIELD CAVO LLP**

**BY:** */s/ Lawrence M. Silverman*
Lawrence M. Silverman, Esquire
Attorney I.D. No.: 17854
1515 Market Street, Suite 1220
Philadelphia, PA 19102
215-557-0111/Fax: 215-557-3771
silverman@litchfieldcavo.com

Attorneys for Defendant The Cincinnati Casualty Company

Date: May 19, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE STREET RESTAURANT GROUP, INC. <br> 114 South State Street <br> Clarks Summit, PA  18411 <br><br> vs. <br><br> THE CINCINNATI CASUALTY COMPANY <br> (incorrectly designated THE CINCINNATI <br> INSURANCE COMPANIES) <br> 6200 South Gilmore Road <br> Fairfield, OH  45014-5141 <br><br> and <br><br> ASSUREDPARTNERS OF NEW JERSEY, LLC, <br> d/b/a KINCEL & CO. (incorrectly designated <br> KINCEL & COMPANY, INC.) <br> 200 Colonial Center Parkway, <br> Lake Mary, FL 32746. | No. <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Lawrence M. Silverman, Esquire, do hereby certify that a true and correct copy of Petitioner/Defendants' Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441 was served by electronic mail, on this 19th day of May, 2020, upon the following:

*Attorney for Plaintiff:*
Marion Munley
Munley Law, P.C.
227 Penn Avenue
Scranton, PA  18503
Email:  mmunley@munley.com

*Attorney for Defendant, AssuredPartners:*
Timothy G. Ventura, Esquire
2000 Market Street, Suite 2300
Philadelphia, PA  19103
Email:  TGVentura@mdwcg.com

**LITCHFIELD CAVO LLP**

**BY:**  */s/ Lawrence M. Silverman*
Lawrence M. Silverman, Esquire
Attorney I.D. No.: 17854
1515 Market Street, Suite 1220
Philadelphia, PA 19102
215-557-0111/Fax: 215-557-3771
silverman@litchfieldcavo.com

Attorneys for Defendant,
The Cincinnati Casualty Company