THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STATE STREET RESTAURANT
GROUP, INC,

      Plaintiff,

v.                            3:20-CV-816
                              (JUDGE MARIANI)

THE CINCINNATI CASUALTY CO. et al.,

      Defendants.

## ORDER

AND NOW, THIS _1st_ DAY OF MARCH, 2021, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 41) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 41) is **ADOPTED** for the reasons set forth therein.

2. Within **30 days of the date of this order**, the parties shall engage in specific targeted discovery to determine whether any members of Defendant AssuredPartners of New Jersey, LLC d/b/a Kincel & Co. reside in Pennsylvania.

3. A determination on the pending motion to dismiss (Doc. 12) is stayed pending the resolution of the motion to remand (Doc. 15) and the resolution of the question of this Court's jurisdiction.

Robert D. Mariani
United States District Judge