THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE STREET RESTAURANT GROUP, INC., | : <br> : <br> : |
| Plaintiff, | : CIVIL ACTION NO. 3:20-CV-816 <br> : (JUDGE MARIANI) <br> : (Magistrate Judge Carlson) |
| v. | : <br> : |
| THE CINCINNATI CASUALTY COMPANY, et al., | : <br> : <br> : |
| Defendants. | : |

**ORDER**

AND NOW, THIS 20th DAY OF APRIL 2022, the Court having adopted Magistrate Judge Carlson's Report and Recommendation and having dismissed Plaintiff's Complaint without leave to amend, **IT IS HEREBY ORDERED THAT** the Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge