# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1785

State Street Restaurant Group Inc v. Cincinnati Casualty Co, et al

(M.D. Pa No.: 3-20-cv-00816)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 05, 2024
CJG/cc:    John M. Mulcahey, Esq.
            Lawrence M. Silverman, Esq.
            Thomas A. Specht, Esq.
            Mr. Peter J. Welsh

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate